■ DEAN WITTER REYNOLDS, INC., Respondent, v DAVID J. GREENE et al., Defendants, and KENILWORTH REALTY TRUST, Formerly Known as C. I. REALTY INVESTORS, Appellant. DAVID GREENE et al., Plaintiffs, v FIRST STATE INSURANCE COMPANY, Defendant. — Judgment, Supreme Court, New York County (Blyn, J.), entered on August 26, 1982, unanimously affirmed. Respondent shall recover of appellant one bill of $75 costs and disbursements on this appeal. The appeal from the order of said court entered on August 11, 1982 is unanimously dismissed, without costs and without disbursements, as having been subsumed in the appeal from the judgment. No opinion. Concur — Ross, J. P., Carro, Asch, Silverman and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARDINE DAWKINS, Appellant. — Judgment, Supreme Court, Bronx County (Bell, J.), rendered on December 8, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Ross, J. P., Carro, Asch, Silverman and Milonas, JJ.